Warshawsky & Company, appellee, v. A. Warshawsky & Company, Inc., et al., defendants, on appeal of Warshawsky & Warshawsky, Inc., appellant. Gen. No. 36,435.

Opinion filed June 30, 1933.

Hyman Soboroff, for appellants. Rosenberg, Corlett & Toomin, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Warshawsky & Company, appellee, v. A. Warshawsky & Company, Inc., et al., defendants, on appeal of Charles Warshawsky, appellant. Gen. No. 36,436.

Opinion filed June 30, 1933.

Hyman Soboroff, for appellants. Rosenberg, Corlett & Toomin, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Warshawsky & Company, appellee, v. A. Warshawsky & Company, Inc., et al., defendants, on appeal of Arthur Warshawsky, appellant. Gen. No. 36,437.

Opinion filed June 30, 1933.

Hyman Soboroff, for appellants. Rosenberg, Corlett & Toomin, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

William Miller and Peter Bormann for the use of Margaret Polachek, plaintiffs in error, v. Bowmanville National Bank, defendant in error. Gen. No. 35,829.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

Maurice L. Davis, for plaintiffs in error. O'Shaughnessy, O'Shaughnessy & Cunningham, for defendant in error; Walter F. Cunningham, of counsel.

Mr. Justice Gridley delivered the opinion of the court.